BARRY D. GREENE, TRUSTEE *v.* ALFRED W. CAVEDON
ET AL.

It appearing that the named defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*John A. Spector,* for the plaintiff.

Argued October 5—decided October 5, 1971

SYDNEY ROSENBLUM, TRUSTEE *v.* WILLIAM A.
BECKERMAN ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is denied.

*Lester Katz,* for the appellee (plaintiff).

*Robert L. Coates,* for the appellants (named defendant et al.).

Argued October 5—decided October 5, 1971

STATE OF CONNECTICUT *v.* DARRYL A. BUGBEE

The motion by the defendant to set aside the judgment of the trial court in the appeal from the Circuit Court in the seventeenth circuit is denied.

*Julius Watstein,* for the appellant (defendant).

*Joseph D. Harbaugh,* special assistant prosecutor, for the appellee (plaintiff).